# DECISIONS

## OF THE

# Supreme Court of Florida

## JANUARY TERM, A. D. 1919

THE FLORIDA EAST COAST RAILWAY COMPANY, A CORPORATION, *Plaintiff in Error,* v. J. L. CHESSER AND G. T. COLLINS, PARTNERS, AS THE NEW RIVER FISH COMPANY, *Defendants in Error.*

Opinion Filed December 21, 1918.

Petition for rehearing denied March 3, 1919.

Pleas stating ultimate facts may be sufficient as bases for proofs even though the averments are not entirely definite and specific.

Writ of Error to Circuit Court for Broward County; H. Pierre Branning, Judge.

Judgment reversed.

*Shutts, Smith & Bowen,* for Plaintiff in Error;

*J. F. Bunn* and *Atkinson & Burdine,* for Defendants in Error.

PER CURIAM.—In an action to recover damages for the loss of fresh fish that became valueless because of delay

in an interstate shipment, the court directed a verdict for the plaintiff, and the defendant initial carrier took writ of error.

Error is assigned on orders sustaining demurrers to several special pleas. The defendant in error argues merely that "the pleas, as framed, do not constitute a sufficient defense." While the pleas are not entirely definite and specific, they do allege ultimate facts that must

be met by proof from the defendant, and if proven may avail the defendant. This being an interstate shipment, the case should be tried by the rules of procedure applicable thereto. See Florida East Coast Ry. Co. v. Davis, decided at the present term, 76 Fla. 459, 79 South. Rep. 637.

Reversed for new trial.